**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants JERRY DYER, ART ALVARADO, MARK J. SALAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PLYMALE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; JERRY DYER, ART ALVARADO, MARK J. SALAZAR; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:09-CV-00802-LJO-MJS<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL AND DATES IN SCHEDULING ORDER DATED FEBRUARY 4, 2010 |

The parties, through their counsel of record, hereby stipulate as follows:

1.　Plaintiff's remaining claim is for violation of 42 U.S.C. Section 1981 against three officers.  The action emanates from a single incident ("Celdon Incident") in which Plaintiff was one of the responding officers, and the investigation and disciplinary action stemming from the incident;

2.　On October 7, 2010, Plaintiff was indicted on criminal charges relating to the Celdon incident;

3.　Based upon the threatened criminal indictment and the indictment itself, Plaintiff has asserted the Fifth Amendment in response to written and deposition discovery, and has also requested a trial continuance;

4.　The Parties request that a new trial date be set before the end of January, 2012;

1      5.    The remaining discovery will be limited to those persons previously
2  noticed for deposition and three additional persons which either side may identify
3  hereafter, as well as supplemental written discovery to those responses to written
4  discovery to which the Fifth Amendment has been asserted.  Any additional discovery
5  may be requested pursuant to a noticed motion if counsel cannot reach a resolution on
6  the issue;

7      6.    Plaintiff will have until the end of 2010 to take the deposition of
8  Defendant Alvarado and to make a decision as to whether or not to dismiss him prior to
9  Defendant Alvarado's filing a summary judgment motion, and that Plaintiff cannot use
10 his assertion of the Fifth Amendment to continue and/or defeat the motion;

11     7.    By stipulating to the continuance, the Defendants do not waive their
12 right to object to any further continuance; to assert evidentiary sanctions and/or
13 dismissal based upon Plaintiff's invocation of the Fifth Amendment; to claim prejudice
14 based on the delay caused by the criminal proceeding; and/or to claim Plaintiff has
15 waived his right to assert the Fifth Amendment privilege; and

16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28

1  8. The Parties propose the following new dates:
2  • Discovery Deadline: September 16, 2011
3  • Expert Discovery Deadline: September 30, 2011;
4  • Non-Dispositive Motion Deadline: October 14, 2011;
5  • Dispositive Motion Filing Deadline: October 26, 2011;
6  • Pre-Trial Conference: December 15, 2011 at 8:30am;
7  • Trial: January 23, 2012 at 8:30am.

EMERSON, CAREY, SORENSON, CHURCH & LIBKE

Dated:   November 17, 2010         /s/   Rayma Church
                                   Rayma Church, Esq.
                                   Attorney for Plaintiff Sean Plymale


BETTS & RUBIN

Dated:   November 17, 2010         /s/   Joseph D. Rubin
                                   Joseph D. Rubin, Esq.
                                   Attorney for Defendants Jerry Dyer, Art
                                   Alvarado, Mark M. Salazar

**ORDER**

The Court will provide an Amended Scheduling Order. The request is granted. Good cause exists on the issue of the 5th Amendment.

IT IS SO ORDERED.

**Dated:   November 17, 2010              /s/ Lawrence J. O'Neill**

- 3 -

UNITED STATES DISTRICT JUDGE