**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants JERRY DYER, ART ALVARADO, MARK J. SALAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PLYMALE, | Case No. 1:09-CV-00802-LJO-MJS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO DISMISS DEFENDANT ART ALVARADO |
| CITY OF FRESNO;  JERRY DYER, ART ALVARADO, MARK J. SALAZAR; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Sean Plymale and Defendant Art Alvarado, through their counsel of record, that:

Plaintiff dismisses Defendant Art Alvarado from this action with prejudice, with each party to bear its own fees and costs.

Dated: February 1, 2011             BETTS & RUBIN

/s/   Joseph D. Rubin
Joseph D. Rubin, Esq.
Attorney for Defendant ART ALVARADO

Dated:   February 1, 2011           EMERSON, CAREY, SORENSON, CHURCH & LIBKE

/s/   Rayma Church
Rayma Church, Esq.
Attorney for Plaintiff SEAN PLYMALE

**ORDER**

The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   February 1, 2011**             /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE